```
                IN THE UNITED STATES DISTRICT COURT
             FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JOBE DANGANAN                    :        CIVIL ACTION
                                 :
        v.                       :
                                 :
GUARDIAN PROTECTION SERVICES     :        NO. 15-4035
```

                                  ORDER

AND NOW, this 15th day of October, 2015, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that the motion of defendant Guardian Protection Services to Transfer Venue to the United States District Court for the Western District of Pennsylvania pursuant to 28 U.S.C. § 1401(a) (Doc. #6) is GRANTED.

                                        BY THE COURT:


                                        /s/ Harvey Bartle III
                                                            J.